BEACH AMUSEMENT CORPORATION, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 18288. Promulgated November 19, 1928.

*H. Ivor Thomas, Esq.*, and *Irwin C. Louis, Esq.*, for the petitioner. *Shelby S. Faulkner, Esq.*, for the respondent.

OPINION.

MARQUETTE: The evidence that has been presented to us is not satisfactory. It shows, however, that the Dodgem cars operated by the petitioner did not have a useful life of 10 years as determined by the respondent. We are of opinion that the average useful life of the cars in question was 5 years, and that the petitioner, in computing its net income for 1921 is entitled to a deduction for the depreciation of these cars computed on that basis.

*Judgment will be entered under Rule 50.*